UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 22-0251 (ABJ) |
| ) | |
| LINWOOD ALAN ROBINSON, SR., ) | |
| LINWOOD ALAN ROBINSON, II, ) | |
| BENMAIN SCOTT ROBINSON, & ) | |
| BRITTANY NICOLE ROBINSON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the government's Motion for Rule 44 Inquiry [Dkt. # 26], to which counsel who has appeared on behalf the defendants has responded. *See* Resp. to Rule 44 Inquiry by the Court [Dkt. # 27]. Upon consideration of the imperatives of Fed. R. Crim. Proc. 44, and for the reasons set forth on the record at the status conference held on this date, the motion is **GRANTED**.

It is **ORDERED** that Christopher B. Mead of Schertler Onorato Mead & Sears, LLP is appointed as a conflict attorney for the limited purpose of advising the Court with respect to the question of whether Mr. Shipley's representation of all four co-defendants creates a conflict between any of them and Mr. Shipley, and if so, whether such a conflict can be waived.

It is **FURTHER ORDERED** that Mr. Mead is authorized to have direct communications with defendants Linwood Alan Robinson, Sr., Linwood Alan Robinson II, Benjamin Scott Robinson, and Brittany Nicole Robinson, who are represented parties under Rule of Professional Conduct 4.2, regarding matters in which they are represented to determine whether a conflict exists

between any of these defendants and their counsel. Accordingly, the Pretrial Services Agency is authorized to disclose contact information for each of these defendants to Mr. Mead.

It is **FURTHER ORDERED** that conflict counsel must submit a written report and recommendation on the potential conflict by August 26, 2022. The report and recommendation must be submitted ex parte and under seal to preserve the privacy of any privileged discussions between defendants and their counsel that have not already been waived, and the Court will determine what portions, if any, may be unsealed after it has reviewed the report in camera. Mr. Mead should docket a public status report reflecting that the report has been transmitted to the Court in camera when that step has been completed.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: August 5, 2022