UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Crim. Action No. 22-0251-3 (ABJ) |
| BENJAMIN SCOTT ROBINSON, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the motion of Benjamin Robinson (3) to modify conditions of release to allow interstate travel for business purposes [Dkt. # 42], the motion is hereby **GRANTED**. It is **ORDERED** that the defendant may travel to Baltimore, Maryland from November 17–20, 2022 to attend the American Towman Exposition. Defendant shall provide the Pretrial Services Agency with a copy of this Order and his specific travel itinerary for the trip prior to his departure. Defendant may not travel to any location aside from that set out above and must contact Pretrial Services within the first business day by telephone upon his return.

Any future requests to travel must be made at least two business days before the date of requested travel.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: November 16, 2022