IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 1:22-cr-00251-ABJ |
| | : | |
| v. | : | |
| | : | |
| **LINWOOD ALAN ROBINSON, SR.** *et al*, | : | |
| | : | |
| **Defendant.** | : | |

# THE UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT BENJAMIN SCOTT ROBINSON'S EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

The United States of America does not oppose Defendant Benjamin Scott Robinson's Emergency Motion to Modify Conditions of Release. The Government has conferred with U.S. Pretrial Services regarding Defendant reporting in his Motion that Pretrial Services has told him that he is not allowed to move his residence. It is the Government's understanding that Pretrial Services only opposed this change of residence because it had not received a Court order regarding same, not because of any underlying concerns regarding Mr. Robinson. With a Motion now being filed to obtain that Order, the Government has no objection to said Motion.

       Respectfully submitted,

       MATTHEW M. GRAVES
       United States Attorney
       D.C. Bar No. 481052

By:    /s/ Anthony L. Franks
       Anthony L. Franks
       Assistant United States Attorney
       Missouri Bar No. 50217MO
       Detailee – Federal Major Crimes
       United States Attorney's Office
       For the District of Columbia
       Telephone No. (314) 539-3995
       anthony.franks@usdoj.gov

       and

       s/ *Emily W. Allen*

       Emily L. Allen
       CA Bar No. 234961
       Assistant U.S. Attorney
       District of Columbia
       Capitol Riot Detailee
       555 Fourth Street, N.W.
       Washington, D.C.  20530
       Telephone: 907-271-4724
       Emily.allen@usdoj.gov